Whang v. Glen Valley Builders—Pet. Docket No. 499—denied. Opinion of the Court of Special Appeals unreported (No. 1141, Sept. Term, 2014).

Whealton v. Way—Pet. Docket No. 503—denied. Opinion of the Court of Special Appeals unreported (No. 1693, Sept. Term, 2014).

Williams v. Cadet—Pet. Docket No. 465—dismissed. Opinion of the Court of Special Appeals unreported (No. 694, Sept. Term, 2014).

Wynn, Terrence, Jr. v. State of Maryland—Pet. Docket. No. 518—denied. Opinion of the Court of Special Appeals unreported (No. 1729, Sept. Term, 2014).

*Granted May 20, 2016*

Eastern Shore Title Co. v. Ochse—Pet. Docket No. 13 * and cross-petition—both granted. Opinion of the Court of Special Appeals unreported (No. 999, Sept. Term, 2013).

Hartman, Keisha Ann v. State of Maryland—Pet. Docket No. 639—granted. (No. 01–K–15–016567, Circuit Court for Allegany County).

National Union Fire Insurance Co. v. Fund for Animals—Pet. Docket No. 30 * and conditional cross-petition—both granted. Reported below: 226 Md.App. 644, 130 A.3d 1155.

Oliveira v. Sugarman—Pet. Docket No. 27 *—granted. Reported below: 226 Md.App. 524, 130 A.3d 1085.

Seley-Radtke v. Hosmane—Pet. Docket No. 53 *—granted. Reported below: 227 Md.App. 11, 132 A.3d 348.

*Denied May 23, 2016*

Abdullah v. Abdullah—Pet. Docket No. 19 *—denied. Opinion of the Court of Special Appeals unreported (No. 2503, Sept. Term, 2014 & No. 1000, Sept. Term, 2015).

Adams, Bryan Anthony v. State of Maryland—Pet. Docket No. 41 *—denied. Opinion of the Court of Special Appeals unreported (No. 1142, Sept. Term, 2014).

---

* September Term, 2016